IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AARON CRIFT                                                         PETITIONER

VS.                 CASE NO. 5:19CV00148 JM/PSH

WENDY KELLEY, Director of the
Arkansas Department of Correction                      RESPONDENT

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 23rd day of September, 2019.

UNITED STATES DISTRICT JUDGE